UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

BONNIE H. PODEWILS,                    )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )         No.:  3:12-CV-235
                                       )               (VARLAN/GUYTON)
CAROLYN W. COLVIN,                     )
Acting Commissioner of Social Security,)
                                       )
            Defendant.                 )

## ORDER

For the reasons stated in the memorandum opinion filed contemporaneously herewith, plaintiff's objections [Doc. 24] are **OVERRULED** and the Court **ACCEPTS IN WHOLE** the R&R [Doc. 23], which the Court adopts and incorporates into its ruling. Plaintiff's motion for summary judgment [Doc. 15] is **DENIED**, the Commissioner's motion for summary judgment [Doc. 17] is **GRANTED**, and the decision of the Commissioner is **AFFIRMED**.  This case is **DISMISSED**.

IT IS SO ORDERED.


                          s/ Thomas A. Varlan
                          CHIEF UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT

      s/ Debra C. Poplin
      CLERK OF COURT